US DISTRICT COURT      OF THE SOUTHERN DISTRICT OF NEW YORK                    **AFFIDAVIT OF SERVICE**

COUNTY OF

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ATTORNEY:  CAPITAL PROCESS |
| | FF/INDEX #: |
| | DATE FILED:    08 CV 4112 |
| | DOCKET #: |

Plaintiff(s)/Petitioners(s)

*- AGAINST -*

**MICHAEL LANOS, JESSICA LANOS, THE COUNTY OF ORANGE, JOHN DOES NOS. 1-10 AND JANE DOES NOS. 1-10**

Defendants(s)/Respondent(s)

COURT D/T:

AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on  **5/13/08**           at **3:45 PM**   at  **OFFICE OF COMMUNITY DEVELOPMENT**
**223 MAIN STREET, GOSHEN, NY  10924**

deponent served the within  **SUMMONS IN A CIVIL CASE, COMPLAINT, ELECTRONIC CASE FILING NOTICE AND JUDGE'S RULES**

on   **THE COUNTY OF ORANGE**                                                                                        therein named

**CORPORATION**   [✓]  By delivering to and leaving with   **JOHN EBERT**                          and that he knew the person
                        so served to be the **GENERAL AGENT**                    of the corporation, and authorized to accept service.

                   [ ]  AND AT THE SAME TIME PAYING IN ADVANCE                    THE AUTHORIZED FEE

**DESCRIPTION**   Deponent describes the individual served as follows:

**MALE      WHITE SKIN      BLACK & GRAY HAIR      54 YRS.      5'9"-5'11"      155-165 LBS.**

Other identifying features:
**GLASSES**

Sworn to before me on:  **5/15/08**

*Joann Johnson*                                              *Joseph Sherlock*

                                                              **JOSEPH SHERLOCK**

JOHN GOULD                          **JOANN JOHNSON**                    KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK    NOTARY PUBLIC, STATE OF NEW YORK    NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY          QUALIFIED IN ORANGE COUNTY          QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__     COMMISION EXPIRES AUGUST 15, 20_10_  COMMISION EXPIRES NOVEMBER 30, 20__
01G05013764                         01J05031856                         4632958