US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK
COUNTY OF _____

UNITED STATES OF AMERICA

**AFFIDAVIT OF SERVICE**

ATTORNEY: CAPITAL PROCESS
FF/INDEX #: 08 CV 4112
DATE FILED:
DOCKET #:

Plaintiff(s)/Petitioners(s)

- AGAINST -

MICHAEL LANOS, JESSICA LANOS, THE COUNTY OF ORANGE, JOHN DOES NOS. 1-10 AND JANE DOES NOS. 1-10

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 5/13/08 at 6:37 pm at 16 BRUCE STREET, PORT JERVIS, NY 12771

deponent served the within **SUMMONS IN A CIVIL CASE, COMPLAINT, ELECTRONIC CASE FILING NOTICE AND JUDGE'S RULES**

therein named

on **MICHAEL LANOS**

**INDIVIDUAL** ☑ By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

☐ AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

MALE   WHITE SKIN   BROWN HAIR   40-45 YRS.   5'9"-5'11"   155-165 LBS.

Other identifying features:
**BALDING, MUSTACHE**

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 5/16/08

_Joan Kulikowski_
JOAN KULIKOWSKI

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_/0_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
4632958