UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                       Plaintiff,                     **NOTICE OF APPEARANCE**

    -against-

                                                                   Docket #: 08-cv4112 (WCC)

MICHAEL LANOS, JESSICA LANOS, THE
COUNTY OF ORANGE, JOHN DOES NOS.
1-10 and JANE DOES NOS. 1-10,

                     Defendants.
------------------------------------------------------------------X

     **PLEASE TAKE NOTICE**, that the Defendant COUNTY OF ORANGE hereby appears in the above entitled action, and that the undersigned is the attorney for said Defendant and demand that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  June 11, 2008

                                                              s/
                                                              MATTHEW J. NOTHNAGLE (MN 4162)
                                                              Senior Assistant County Attorney
                                                               David L. Darwin
                                                               County Attorney for Orange County
                                                               Attorney for Defendant County of Orange
                                                               255 Main Street
                                                               Goshen, New York 10924
                                                               (845) 291-3150

TO:    Tomoko Onozawa, Esq.
          Assistant United States Attorney
          86 Chambers Street - 3rd Floor
          New York, NY 10007