**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA,             :
                                      :
                 Plaintiff,           :
                                      :   ORDER TO SHOW CAUSE
           v.                         :
                                      :   08 Civ. 4112 (WCC)
MICHAEL LANOS, JESSICA LANOS,         :
THE COUNTY OF ORANGE, JOHN DOES       :   ECF CASE
NOS. 1-10 and JANE DOES NOS. 1-10,    :
                                      :
                 Defendants.          :
                                      :
- - - - - - - - - - - - - - - - - - -x

NOTICE:   THIS IS A COURT ORDER WHICH REQUIRES YOU TO APPEAR IN
          PERSON IN ROOM __620__, UNITED STATES COURTHOUSE, 300
          QUARROPAS STREET, WHITE PLAINS, NEW YORK 10601, AT
          __9:30 AM__ ON __Sept. 3__, 2008.

On the annexed Declaration of Tomoko Onozawa, Assistant United States Attorney, proposed default judgment, pleadings, proofs of service, and Certificate of the Clerk of the Court stating that no answer has been filed, it is hereby

ORDERED that defendants Michael Lanos and Jessica Lanos appear before United States District Judge William C. Conner, Room 620, United States Courthouse, 300 Quarropas Street, White Plains, New York, in the Southern District of New York, on __Sept. 3__, 2008 at __9:30 AM__ on that day and show cause why a default judgment should not be entered against them pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and why the plaintiff should not have such other and further relief as may be just and proper, and it is further

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES faxed TO COUNSEL OF RECORD for π

w/cc ORDERED that a copy of this Order and the papers upon which it is based be served by _August 4_, 2008, upon the defendants by mailing a copy by first class mail to the defendants at the addresses below:

> Michael Lanos
> 16 Bruce Street
> Port Jervis, NY 12771
>
> Jessica Lanos
> 16 Bruce Street
> Port Jervis, NY 12771
>
> The County of Orange
> Office of Community Development
> 223 Main Street
> Goshen, NY 10924

Dated:    White Plains, New York
          August 1, 2008

                              _/s/ William C. Conner_
                              UNITED STATES DISTRICT JUDGE