FILE COPY

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: TOMOKO ONOZAWA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2721
Facsimile:  (212) 637-2686
Email: tomoko.onozawa@usdoj.gov



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                        :   ECF CASE
UNITED STATES OF AMERICA,               :
                                        :   NOTICE OF MOTION
              Plaintiff,                :   FOR DEFAULT JUDGMENT
                                        :   OF FORECLOSURE AND SALE
         v.                             :
                                        :   08 Civ. 4112 (WCC)
MICHAEL LANOS, JESSICA LANOS,           :
THE COUNTY OF ORANGE, JOHN DOES         :
NOS. 1-10 and JANE DOES NOS. 1-10,      :
                                        :
              Defendants.               :
                                        :
- - - - - - - - - - - - - - - - - - - -x

       PLEASE TAKE NOTICE that upon the Annexed Declaration of Attorney Tomoko Onozawa, and all prior pleadings and proceedings had herein, plaintiff will move this Court before the Honorable William C. Conner, United States District Judge, United States Courthouse, 300 Quarropas Street, White Plains, New York, on submission, for an order pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for the entry of a default judgment against defendants Estate of Michael Lanos, Jessica Lanos, and The County of Orange, and for such other and further relief as may be just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b) answering papers, if any, are to be served within ten business days after service of the moving papers, and reply papers, if any, are to be served within five business days of service of any answering papers.

Dated:   New York, New York
         July 16, 2008

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                  Southern District of New York
                                Attorney for the United States
                                  of America

                       By: _____
                                TOMOKO ONOZAWA
                                Assistant United States Attorney
                                86 Chambers Street, Third Floor
                                New York, New York  10007
                                Telephone: (212) 637-2721
                                Facsimile: (212) 637-2686
                                Email: tomoko.onozawa@usdoj.gov

TO:  Michael Lanos
     16 Bruce Street
     Port Jervis, NY 12771

     Jessica Lanos
     16 Bruce Street
     Port Jervis, NY 12771

     The County of Orange
     Office of Community Development
     223 Main Street
     Goshen, NY 10924