UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
                                  :
UNITED STATES OF AMERICA,         :
                                  :
        Plaintiff,                :   AFFIDAVIT OF SERVICE
                                  :
    v.                            :
                                  :   08 Civ. 4112 (WCC)
MICHAEL LANOS, JESSICA LANOS,     :   ECF CASE
THE COUNTY OF ORANGE, JOHN DOES   :
NOS. 1-10 and JANE DOES NOS. 1-10,:
                                  :
        Defendants.               :
                                  :
----------------------------------x

    I, DAVID FELDMAN, a citizen of the United States, over 18 and not a party to this action, make the following declaration. On July 25, 2008, I served the Notice of Motion for Default Judgment of Foreclosure and Sale, the Declaration of AUSA Tomoko Onozawa in Support of Default Judgment of Foreclosure and Sale, and the proposed Default Judgment of Foreclosure and Sale in this action on the following parties by sending said document by Federal Express, addressed as follows:

    Michael Lanos
    16 Bruce Street
    Port Jervis, NY 12771

    Jessica Lanos
    16 Bruce Street
    Port Jervis, NY 12771

    The County of Orange
    Office of Community Development
    223 Main Street
    Goshen, NY 10924

Dated:   New York, New York
         July 25, 2008                    _____
                                          David Feldman