```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA,           :
                                    :
              Plaintiff,            :    AFFIDAVIT OF SERVICE
                                    :
     v.                             :
                                    :    08 Civ. 4112 (WCC)
MICHAEL LANOS, JESSICA LANOS,       :    ECF CASE
THE COUNTY OF ORANGE, JOHN DOES     :
NOS. 1-10 and JANE DOES NOS. 1-10,  :
                                    :
              Defendants.           :
                                    :
- - - - - - - - - - - - - - - - - -x
```

I, DAVID FELDMAN, a citizen of the United States, over 18 and not a party to this action, make the following declaration. On August 4, 2008, I served the Order to Show Cause and Clerk's Certification of Default in this action on the following parties by sending said document by Federal Express, addressed as follows:

    Michael Lanos
    16 Bruce Street
    Port Jervis, NY 12771

    Jessica Lanos
    16 Bruce Street
    Port Jervis, NY 12771

    The County of Orange
    Office of Community Development
    223 Main Street
    Goshen, NY 10924

Dated:    New York, New York
             August 4, 2008                    _____
                                                              David Feldman